UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA             :
                                     :    **ORDER**
v.                                   :
                                     :    12 CR 353 (VB)
PETER IOVINO,                        :
                        Defendant.   :
--------------------------------------------------------x

The Court has received a recommendation from defendant Peter Iovino's probation officer for early termination of supervised release. The recommendation states that Mr. Iovino has completed 22 months of his three-year period of supervised release, has adjusted very well to supervision, and has remained in compliance with the terms of supervised release. The probation officer further advises the Court that the government consents to early termination. Having considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by Mr. Iovino's conduct and the interest of justice.

Accordingly, supervised release is terminated, and defendant Peter Iovino is discharged therefrom, effective immediately.

The Probation Officer is directed to provide a copy of this Order to Mr. Iovino.

Dated: April 16, 2020
       White Plains, NY

                                              SO ORDERED:

                                              _____
                                              Vincent L. Briccetti
                                              United States District Judge